NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIE E. TATUM, JR.,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3233

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100569-I-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 30-day extension of time, until February 23, 2012, to file its response brief. Willie E. Tatum, Jr. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**FEB 0 8 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Willie E. Tatum, Jr.
     Calvin Morrow, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 8 2012

**JAN HORBALY
CLERK**